## JETER v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 24, September Term, 1964.]

*Decided September 24, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of the court below.

*Application denied.*